# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MARY LOMBARDO,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:13-CV-576 |
| | § | |
| CREDIT SOLUTIONS CORPORATION,<br>    Defendant. | §<br>§<br>§<br>§ | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mary Lombardo and Defendant Credit Solutions Corporation, hereby STIPULATE that the above-styled and numbered action, including all causes of action raised therein, should be DISMISSED WITHOUT PREJUDICE.

Respectfully submitted,

/s/ Jeff Wood
The Wood Firm, PLLC
103 N. Goliad
Suite 204
Rockwall, TX 75087
Tel: 615-628-7128
Fax: 615-807-3344
jeff@mmlaw.pro

**ATTORNEY FOR PLAINTIFF**

/s/ Robbie Malone
Robbie Malone
State Bar No.12876450

ROBBIE MALONE, PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
214/346-2625 (Telephone)
214/346-2631 (Facsimile)
malone@rmalonelaw.com

**ATTORNEYS FOR DEFENDANT**