**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARY LOMBARDO, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | CASE NO.  4:13cv576 |
| § | Judge Clark/Judge Mazzant |
| CREDIT SOLUTIONS CORPORATION, § | |
| § | |
| *Defendant.* § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal Without Prejudice [Doc. #14].

It  is **ORDERED** that the Stipulation of Dismissal Without Prejudice [Doc. #14] is accepted by the court. The court further **ORDERS** that Plaintiff's claims against Defendant in this case are **DISMISSED** without prejudice, with each party to bear their own costs and attorneys' fees.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **16** day of **July, 2014.**

_____
Ron Clark, United States District Judge